UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| JUAN GARCIA, | Case No. 1:10-CV-0055-EJL |
| Plaintiff, | **SPECIAL VERDICT** |
| vs. | |
| PSI ENVIRONMENTAL SYSTEMS, a California Corporation and WASTE CONNECTIONS, INC., a California Corporation, | |
| Defendants. | |

We, the jury, impaneled and sworn in the above-captioned action, unanimously find by a preponderance of the evidence as follows:

## **DEFENDANTS**

1. Who was Mr. Garcia's employer?

   _____          _____✓____ (✓)
   PSI Only                   PSI and Waste Connections

## MAY 2007 PROMOTION CLAIM

2. Was the fact that Mr. Garcia is Hispanic the sole reason for Defendant(s)' decision not to promote him in May 2007?



~~___ Yes~~    ✓ No    *Revisited 4:50 PM* ECL

*If the answer to Question No. 2 is "no," proceed to Question No. 3. If the answer to Question No. 2 is "yes," proceed to Question No. 5.*

3. Was the fact that Mr. Garcia is Hispanic a motivating factor in Defendant(s)' decision not to promote him in May 2007?



✓ Yes    ___ No

*If the answer to Question No. 3 is "no," proceed to Question No. 6. If the answer to Question No. 3 is "yes," proceed to Question No. 4.*

4. Would Defendant(s) have made the same decision not to promote Mr. Garcia in May 2007 even if the fact that he is Hispanic played no role in the decision?



___ Yes    ✓ No    ECL

*If the answer to Question No. 4 is "no," proceed to Question No. 5. If the answer to Question No. 4 is "yes," proceed to Question No. 6.*

5. State the amount of damages, if any, that Mr. Garcia is entitled to as a result of Defendant(s)' failure to promote him in May 2007.

BACK PAY from May 7, 2007 through December 14, 2007: $9998. *End*

BACK PAY from December 15, 2007 through the date this verdict is signed: $53,623 *End*

FRONT PAY: $ 0 *End*

NON-ECONOMIC DAMAGES: $ 0 *End*

PUNITIVE DAMAGES: $350,000. *End*

*Proceed to Question No. 6.*

## PAY CLAIM

6. Was the fact that Mr. Garcia is Hispanic the sole reason for Defendant(s)' decision to pay him less or deny him pay increases given to similarly situated employees?



_____    ✓_____
Yes          No

*If the answer to Question No. 6 is "no," proceed to Question No. 7. If the answer to Question No. 6 is "yes," proceed to Question No. 9.*

7. Was the fact that Mr. Garcia is Hispanic a motivating factor in Defendant(s)' decision to pay him less or deny him pay increases given to similarly situated employees?



_____    ✓_____
Yes          No

*If the answer to Question No. 7 is "no," proceed to Question No. 10. If the answer to Question No. 7 is "yes," proceed to Question No. 8.*

8. Would Defendant(s) have made the same decision to pay Mr. Garcia less or deny him pay increases given to similarly situated employees even if the fact that he is Hispanic played no role in the decision?



_____    ✓_____
Yes          No

*If the answer to Question No. 8 is "no," proceed to Question No. 9. If the answer to Question No. 8 is "yes," proceed to Question No. 10.*

9. State the amount of damages, if any, that Mr. Garcia is entitled to as a result of Defendant(s)' decision to pay him less or deny him pay increases given to similarly situated employees.

LOST WAGES (incurred up to December 14, 2007): $_____

NON-ECONOMIC DAMAGES: $_____

PUNITIVE DAMAGES: $_____

*Proceed to Question No. 10.*

## TERMS AND CONDITIONS CLAIM

10. Did Defendant(s) subject Mr. Garcia to one or more adverse employment actions with respect to shift assignments, discipline, or lead mechanic assignments?

 __✓__ _____
 Yes No

*If the answer to Question No. 10 is "no," do not answer any further questions. If the answer to Question No. 10 is "yes," proceed to Question No. 11.*

11. Was the fact that Mr. Garcia is Hispanic the sole reason for Defendant(s)' adverse employment action(s)?

 _____ __✓__
 Yes No

*If the answer to Question No. 11 is "no," proceed to Question No. 12. If the answer to Question No. 11 is "yes," proceed to Question No. 14.*

12. Was the fact that Mr. Garcia is Hispanic a motivating factor in Defendant(s)' adverse employment action(s)?

 _____ _____
 Yes No

*If the answer to Question No. 12 is "no," do not answer any further questions. If the answer to Question No. 12 is "yes," proceed to Question No. 13.*

13. Would Defendant(s) have made the same decisions with respect to the adverse employment action(s) even if the fact that he is Hispanic played no role in the decision(s)?

 _____ _____
 Yes No

*If the answer to Question No. 13 is "no," proceed to Question No. 14. If the answer to*

6

*Question No. 13 is "yes," do not answer any further questions.*

14. State the amount of damages, if any, that Mr. Garcia is entitled to as a result of Defendant(s)' adverse employment action(s).

NON-ECONOMIC DAMAGES: $125,000.

PUNITIVE DAMAGES: $350,000.

Dated: June 29, 2012

_____
Foreperson